# MEMORANDUM CASES.

[Civ. No. 2596. Second Appellate District, Division One.—December 9, 1918.]

GILBERT SCHMIDT, Appellant, v. JOHN E. YOAKUM, Respondent.

[Civ. No. 2597. Second Appellate District, Division One.—December 9, 1918.]

GILBERT SCHMIDT, Appellant, v. JOHN E. YOAKUM COMPANY (a Corporation), Respondent.

[1] STREET LAW—VROOMAN ACT—SIGNING OF CONTRACT—TIME.—Orders granting new trials affirmed on the authority of *Schmidt* v. *Santa Monica Commercial Co., ante,* p. 785.

APPEALS from orders of the Superior Court of Los Angeles County granting new trials. Lewis R. Works, Judge. Affirmed.

The facts are similar to those stated in the opinion in *Schmidt* v. *Santa Monica Commercial Co., ante,* p. 785, [178 Pac. 315].

Crouch & Crouch for Appellant.

Jones & Weller for Respondent.

CONREY, P. J.—In each of these cases the plaintiff appeals from an order granting a motion for a new trial. The only questions presented for determination are included among those considered by this court in *Schmidt* v. *Santa Monica Commercial Co., ante,* p. 785, [178 Pac. 315], in which the decision of the court has been this day filed. [1] On the authority of that decision, the orders granting the motions for new trial in the above-entitled actions numbered 2596 and 2597 are and each of them is affirmed.

James, J., and Myers, J., *pro tem.,* concurred.

A petition to have the causes heard in the supreme court, after judgment in the district court of appeal, was denied by the supreme court on February 6, 1919.

All the Justices concurred.